# Law Offices of David M. Schlachter, LLC

579 Main Avenue  
Passaic, NJ 07055  
973 272-4768  

www.LawDMS.com  
DavidS@lawdms.com  
973 272-4167 (fax)

David M. Schlachter, Esq. – NY, NJ



March 21, 2013

Hon. Paul A. Crotty, U.S.D.J.  
500 Pearl Street  
New York, NY 10007

      Re:    Our File No. 12-1418  
               **Ausenbaugh v. Bank of New York Mellon**  
               Docket No. 12 Civ 8033  
               U.S. District Court  
               <u>Southern District of New York</u>

Dear Judge Crotty:

      Plaintiff respectfully requests oral argument on the motion submitted by Defendant. We appreciate the Court's consideration and look forward to a scheduled date. Defendant counsel is copied on this letter.

                                         Very truly yours,

                                         David M. Schlachter

Cc:    Douglas W. Ausenbaugh  
         Scott Kaiser, Esq., Defendant counsel

DMS/dms

*Evening and Sunday Appointments Available!*